IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Application of FW DEEP VALUE OPPORTUNITIES FUND I, LLC, <br><br> Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | ) ) ) ) ) ) ) ) )  C.A. No. 24-430-RGA-SRF |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Petitioner FW Deep Value Opportunities Fund I, LLC ("Petitioner"), filed a Section 1782 application for discovery from The Carlyle Group, Inc., Carlyle Group Management L.L.C., and Carlyle Investment Management L.L.C. ("Respondents") for use in an action in Germany.

Following the production of requested discovery, NOTICE IS HEREBY GIVEN pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that Petitioner voluntarily dismisses this action with prejudice.

{02104541;v1 }

|  |  |
|---|---|
| *Of Counsel:*<br><br>Joshua M. Slocum<br>Fletcher W. Strong<br>Jocelyn M. Stuto<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>(212) 382-3300<br>jslocum@wmd-law.com<br>fsrong@wmd-law.com<br>jstuto@wmd-law.com<br><br>Dated:  March 24, 2025 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br><br>*Attorney for FW Deep Value Opportunities Fund I, LLC* |